UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR3, Mortgage-Backed Notes, Series 2021-NR3**<br><br>**Plaintiff**<br><br>vs.<br><br>**Hildegarde Anderson a/k/a Hildegrarde Anderson a/k/a Hildegarde D. Anderson and Jeffrey M. Kennedy Anderson a/k/a Jeffrey M. Anderson**<br><br>**Defendants**<br><br>**Midland Funding LLC**<br>**LVNV Funding LLC**<br>**Synchrony Bank f/k/a GE Money Bank**<br><br>**Parties-in-Interest** | **CIVIL ACTION NO: 2:19-cv-00505-JDL**<br><br><br><br>**RE: VACANT REAL PROPERTY**<br>19 Mill Street, Springvale, ME 04083<br><br>Mortgage:<br>December 27, 2005<br>Book 14717, Page 666 |

**JUDGMENT OF FORECLOSURE AND SALE**

**Address:  19 Mill Street, Springvale, ME 04083**
**Mortgage:  December 27, 2005, Book: 14717, Page: 666**

This matter came before the Court pursuant to the Default entered on March 4, 2021, against each of the named Defendants and Parties-in-Interest [ECF 42], Fed.R.Civ. P.55(b), this Court's Procedural Orders dated May 10, 2021 [ECF 46, 47], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine*. (March 2020).

Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR3, Mortgage-Backed Notes, Series 2021-NR3 ("U.S. Bank"), was represented by Reneau J. Longoria, Esq.  None of the Defendants or other Parties appeared or opposed Plaintiff's

Motion for Default Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is **GRANTED**. Count II – Breach of Loan Repayment and Security Agreement, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR3, Mortgage-Backed Notes, Series 2021-NR3 ("U.S. Bank") the amount adjudged due and owing as of July 22, 2021 (attorney's fees and deficiency are waived) ($167,845.89) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

    | Description | Amount |
    | --- | --- |
    | Principal Balance | $101,366.83 |
    | Interest | $24,925.62 |
    | Escrow/Impound Required | $20,316.95 |
    | Late Fees | $30.00 |
    | Total Advances | $21,206.49 |
    | Grand Total | $167,845.89 |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($167,845.89) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of

     the Springvale Property shall terminate, and U.S. Bank shall conduct a public sale of the Springvale Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $167,845.89 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency in its Motion.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $167,845.89 as of July 22, 2021.

5. The priority of interests is as follows:

   - U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR3, Mortgage-Backed Notes, Series 2021-NR3 has first priority, in the amount of $167,845.89, pursuant to the subject Loan Repayment and Security Agreement ("LRSA") and Mortgage.

   - Synchrony Bank f/k/a GE Money Bank who has been defaulted.

   - Midland Funding LLC who has been defaulted.

   - LVNV Funding LLC who has been defaulted.

   - Hildegarde Anderson a/k/a Hildegrarde Anderson a/k/a Hildegarde D. Anderson and Jeffrey M. Kennedy Anderson a/k/a Jeffrey M. Anderson who have been defaulted.

6. The pre-judgment interest rate is 6.98000%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.09%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. §

2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-6, Mortgage-Backed Notes, Series 2017-6<br>425 Walnut St.<br>Cincinnati, OH 45202 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT |  |  |
|  | Hildegarde Anderson a/k/a Hildegrarde Anderson a/k/a Hildegarde D. Anderson<br>8 Porter Settlement Road<br>Houlton, ME 04730 | Defaulted<br>Pro Se |
|  | Jeffrey M. Kennedy Anderson a/k/a Jeffrey M. Anderson<br>8 Porter Settlement Road<br>Houlton, ME 04730 | Defaulted<br>Pro Se |
| PARTIES-IN-INTEREST |  |  |
|  | LVNV Funding LLC<br>c/o Corporation Service Company, 45 Memorial Circle<br>Augusta, ME 04330 | Defaulted<br>Pro Se |
|  | Midland Funding LLC<br>c/o Corporation Service Company, 45 Memorial Circle<br>Augusta, ME 04330 | Defaulted<br>Pro Se |
|  | Synchrony Bank f/k/a GE Money Bank<br>170 West Election Road, Suite 125<br>Draper, UT 84020 | Defaulted<br>Pro Se |

a) The docket number of this case is 2:19-cv-00505-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 19 Mill Street, Springvale, ME 04083 is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 19 Mill Street, Springvale, ME 04083. The Mortgage was executed by the Defendants, Hildegarde Anderson a/k/a Hildegrarde Anderson a/k/a Hildegarde D. Anderson and Jeffrey M. Kennedy Anderson a/k/a Jeffrey M. Anderson, on December 27, 2005. The book and page number of the Mortgage in the York County Registry of Deeds is **Book 14717, Page 666**.

e) This Judgment shall not create any personal liability on the part of the Defendants, but shall act solely as an *in rem* judgment against the property, 19 Mill Street, Springvale, ME 04083.

**SO ORDERED.**

Dated: August 24, 2021

                                           /s/ Jon D. Levy
                                       **CHIEF U.S. DISTRICT JUDGE**